IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **U.S. RENAL CARE, INC. d/b/a U.S. RENALCARE CENTRAL YORK DIALYSIS individually and as ASSIGNEE OF PATIENT, WW,** : : : : : | |
| **Plaintiff/ Counter-Defendant** : : | **Civil No. 1:14-CV-2257** |
| **v.** : : | |
| **WELLSPAN HEALTH, WELLSPAN MEDICAL PLAN, THE PLAN ADMINISTRATOR OF WELLSPAN MEDICAL PLAN, and SOUTH CENTRAL PREFERRED, INC.,** : : : : : : | |
| **Defendants/ Counter-Plaintiffs** : : | **Judge Sylvia H. Rambo** |

## **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Plaintiff/Counter-Defendant's request for additional discovery (Doc. 60) is **DENIED.**

                                                      s/Sylvia H. Rambo
                                                      SYLVIA H. RAMBO
                                                      United States District Judge

Dated: March 24, 2016