IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **U.S. RENAL CARE, INC. d/b/a U.S. RENALCARE CENTRAL YORK, DIALYSIS individually and as ASSIGNEE OF PATIENT, WW,** : : : : : **Plaintiff/** : **Counter-Defendant,** : : **v.** : : **WELLSPAN HEALTH, WELLSPAN** : **MEDICAL PLAN, THE PLAN** : **ADMINISTRATOR OF WELLSPAN** : **MEDICAL PLAN, and South Central** : **PREFERRED, INC.,** : : **Defendants/** : **Counter-Plaintiffs.** : | Civil No. 1:14-CV-2257



Judge Sylvia H. Rambo |

# **O R D E R**

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** as follows:

1) Plaintiff's motion for summary judgment as to its claims, pursuant to §§ 502(a) and 502(c)(1) of ERISA, (Doc. 95) is **DENIED**.

2) Defendants' motion for summary judgment as to Plaintiff's claims (Doc. 88) is **GRANTED**.

3) Plaintiff's motion for summary judgment as to Defendants' counterclaims (Doc. 75) is **GRANTED** as to Count II (unjust enrichment), but **DENIED** as to Count I (equitable relief pursuant to § 502(a)(3) of ERISA).

4) Defendants' motion for summary judgment as to its counterclaims (Doc. 87) is **DENIED** as to Count II, but **GRANTED** as to Count I.

5) Plaintiff shall pay to Defendants the sum of $159,706.39.

6) The Clerk of Court is directed to close this case.

                                                   s/Sylvia H. Rambo
                                                   SYLVIA H. RAMBO
                                                   United States District Judge

Dated: March 21, 2017