IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| U.S. RENAL CARE INC. d/b/a<br>U.S. RENAL CARE CENTRAL<br>YORK, DIALYSIS individually and<br>as ASSIGNEE OF PATIENT, WW,<br><br>Plaintiff,<br><br>v.<br><br>WELLSPAN HEALTH, *et al.*<br><br>Defendants. | Civil No. 1:14-cv-2257<br><br><br><br><br><br><br><br><br><br><br><br>Judge Sylvia H. Rambo |

# O R D E R

In accordance with the accompanying memorandum of law, **IT IS HEREBY ORDERED** that Defendants WellSpan Health, WellSpan Medical Plan, and South Central Preferred, Inc.'s ("WellSpan") renewed and supplemented petition for attorney's fees and costs (Doc. 118), incorporating its original petition for attorney's fees and costs (Doc. 105), is **GRANTED** in part and denied in part as follows:

(1) WellSpan is awarded attorney's fees in the amount of three hundred and ninety-four thousand, one hundred and twenty dollars ($394,120.00).

(2) WellSpan's petition is **DENIED** with respect to its request for costs.

                                                     s/Sylvia H. Rambo
                                                     SYLVIA H. RAMBO
                                                     United States District Judge

Dated: August 20, 2018